AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BREEN, J. DANIEL | 2. Court or Organization<br><br>WESTERN DISTRICT OF TENNESSEE | 3. Date of Report<br><br>05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE/ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

444 UNITED STATES COURTHOUSE
111 SOUTH HIGHLAND AVENUE
JACKSON, TN 38301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee | National Conference of Federal Trial Judges |
| 2. | Board of Directors | Federal Judges' Association |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/10/2011-2/11/2011 | Atlanta GA | National Conference of Federal Trial Judges | travel, lodging and meals |
| 2. | Federal Judges Association | 4/12/2011-4/14/2011 | Washington, DC | Meeting | travel, lodging and meals |
| 3. | American Bar Association | 8/4/2011-8/7/2011 | Toronto, Canada | Meeting | travel, lodging and meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancorp South | A | Interest | K | T | | | | | |
| 2. IRA - Fidelity Mag. | B | Dividend | L | T | | | | | |
| 3. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 4. Idacorp, Inc. | A | Dividend | J | T | | | | | |
| 5. Procter & Gamble CS | A | Dividend | K | T | | | | | |
| 6. AT&T CS | A | Dividend | J | T | | | | | |
| 7. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 8. E.I. Dupont CS | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson CS | A | Dividend | J | T | | | | | |
| 10. Waddell & Reed Acct | | | | | | | | | |
| 11. Waddell & Reed Strategy Port | A | Dividend | J | T | | | | | |
| 12. Waddell & Reed Balanced Port | A | Dividend | J | T | | | | | |
| 13. Waddell & Reed Bond Port | A | Dividend | J | T | | | | | |
| 14. Waddell & Reed Core Equity | A | Dividend | J | T | | | | | |
| 15. Waddell & Reed Growth Port | A | Dividend | J | T | | | | | |
| 16. Waddell & Reed High Income Port | A | Dividend | J | T | | | | | |
| 17. Waddell & Reed Science & Tech Port | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Waddell & Reed Small Cap Growth Port | A | Dividend | J | T | | | | | |
| 19.  Waddell & Reed Trgt. Fd. Intl. Growth Port | A | Dividend | J | T | | | | | |
| 20.  Waddell & Reed Value Port | A | Dividend | J | T | | | | | |
| 21.  Waddell & Reed Global Ntrl. Res. Port | A | Dividend | J | T | | | | | |
| 22.  Waddell & Reed Mid Cap Gwth Port | A | Dividend | J | T | | | | | |
| 23.  Waddell & Reed Target Microcap Gwth | A | Dividend | J | T | | | | | |
| 24.  Waddell & Reed Target Energy Port | A | Dividend | J | T | | | | | |
| 25.  ING Acct. | | | | | | | | | |
| 26.  ING Am. Fds. Gwth-Inc. Port | A | Dividend | J | T | | | | | |
| 27.  Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 28.  ING FMR SM Diversified Midcap | A | Dividend | J | T | | | | | |
| 29.  ING JP Morgan Small Cap Cove Eq. Port | A | Dividend | J | T | | | | | |
| 30.  ING An. Fds. Int'l Port | A | Dividend | J | T | | | | | |
| 31.  IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |
| 32.  Allianz NFJ Int'l Value Fund | A | Dividend | | | Sold | 10/18/11 | J | A | |
| 33.  American Adj. Bd. | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 34.  American New Perspective | A | Dividend | | | Sold | 10/18/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cambiar Opp. Fd. | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 36. American Fundamental Investors | A | Dividend | | | Sold | 10/18/11 | J | A | |
| 37. Delaware Corp. Bd. Fund | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 38. American Short Term Bond | A | Dividend | | | Sold | 10/18/11 | J | A | |
| 39. Dreyfus App. Fd. | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 40. Coca Cola - CS | A | Dividend | J | T | | | | | |
| 41. Blackrock Low Duration Bd. Fd. | A | Dividend | | | Sold | 10/18/11 | K | A | |
| 42. Eaton Vance Floating Rate Fd. | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 43. Fidelity Advisor New Insights Fd. | A | Dividend | | | Sold | 10/18/11 | J | A | |
| 44. Federated Strategic Value Div. | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 45. Duke Energy-CS | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 46. Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 47. General Electric - CS | A | Dividend | J | T | | | | | |
| 48. Home Depot - CS | A | Dividend | | | Sold | 10/18/11 | J | A | |
| 49. FPA New Income Inc. | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 50. Household Int'l - CS | A | Dividend | | | Sold | 10/18/11 | J | A | |
| 51. Mainstay Large Cap Growth Fd. | A | Dividend | J | T | Buy | 10/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Johnson & Johnson - CS | A | Dividend | J | T | | | | | |
| 53. J. P. Morgan Chase & Co. | A | Dividend | | | Sold | 10/18/11 | J | A | |
| 54. Metropolitan West Total Bd. Fd. | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 55. McDonalds - CS | A | Dividend | J | T | | | | | |
| 56. Loomis Sayles Strategic Inc. Fd. | A | Dividend | | | Sold | 10/18/11 | J | A | |
| 57. Permanent Portfolio Fd. | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 58. Microsoft Corp. - CS | A | Dividend | | | Sold | 10/18/11 | J | A | |
| 59. Pioneer Strategic Inc. Fd. | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 60. Fidelity Advisor Mid-Cap Fd. | A | Dividend | | | Sold | 10/18/11 | J | A | |
| 61. Prudential Short Term Corp. Fd. | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 62. Spectra Energy Corp. CS | A | Dividend | | | Sold | 10/18/11 | J | A | |
| 63. TCW Total Return Bd. Fd. | A | Dividend | J | T | Buy | 10/26/11 | J | | |
| 64. Wal-Mart Stores - CS | A | Dividend | J | T | | | | | |
| 65. Blackrock Global Alloc. Fd. | A | Dividend | | | Sold | 10/18/11 | J | A | |
| 66. IRA- MERRILL LYNCH | | | | | | | | | |
| 67. Sallie Mae Bank - CD | A | Interest | | | Redeemed | 11/01/11 | J | A | |
| 68. American Century Adj. Bd. | A | Dividend | K | T | Buy | 10/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. EKSPORT STARS SPX | A | Interest | | | Sold | 11/01/11 | J | A | |
| 70. Dreyfus App. Fd. | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 71. Allianz NFJ Int'l Value Fd. | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 72. Eaton Vance Floating Rate Fd. | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 73. American New Perspective Fd. | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 74. Federated Strategic Value Fd. | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 75. American Fundamental Investors | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 76. First Eagle Gold Fd. | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 77. Ivy Asset Strategy | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 78. American Short Term Bond Fd. | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 79. Mainstay Large Cap Growth Fd. | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 80. Blackrock Low Duration Bond Fd. | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 81. Pimco Total Return Fd. | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 82. Fidelity Advisor | A | Dividend | J | T | | | | | |
| 83. Wells Fargo Adv. Small Cap Fd. | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 84. Pioneer Strategic Inc. Fd. | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 85. Blackrock Global Alloc. Fd. | A | Dividend | | | Sold | 11/01/11 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Prudential Jennison Value Fd. | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 87. Sallie Mae Bank CD | A | Interest | | | Redeemed | 11/01/11 | J | A | |
| 88. Prudential Short Term Corp. Bd. Fd. | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 89. John Hancock Balanced | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 90. Templeton Glbl Bond Fd. | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 91. Am. Short Term Bd. Fd. | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 92. American Century Inflation Adj. Bd. | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 93. Blackrock Low Duration Bd. Fd. | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 94. Dreyfus Appreciation Fd. | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 95. Fidelity Advisor New Insights Fd. | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 96. Eaton Vance Floating Rat Fd. | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 97. Goldman Sachs Grwth Fd. | A | Dividend | | | Sold | 10/21/11 | J | A | |
| 98. Federated Strategic Value Fd. | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 99. Loomis Sayles Global Mkts Fd. | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 100. First Eagle Gold Fd. | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 101. Loomis Sayles Strag. Inc. Fd. | A | Dividend | | | Sold | 11/01/11 | K | A | |
| 102. Ivy Asset Strategy | A | Dividend | J | T | Buy | 10/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Merrill Lynch Money Market Fd. | A | Interest | J | T | | | | | |
| 104. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |
| 105. Procter & Gamble CS | A | Dividend | J | T | | | | | |
| 106. Waddell & Reed Advisors Small Cap | A | Dividend | J | T | | | | | |
| 107. Waddell & Reed Accumlative | A | Dividend | J | T | | | | | |
| 108. Waddell & Reed Core Investment | A | Dividend | J | T | | | | | |
| 109. Waddell & Reed Advisors Cash Managment | A | Dividend | J | T | | | | | |
| 110. BanCorp South CD | A | Interest | J | T | | | | | |
| 111. Ivy VIP Asset Strategy | A | Dividend | K | T | | | | | |
| 112. Ivy VIP Balanced Fd. | A | Dividend | J | T | | | | | |
| 113. Ivy Energy Fd. | A | Dividend | J | T | | | | | |
| 114. Ivy Global Nat'l Res. Fd. | A | Dividend | K | T | | | | | |
| 115. Ivy Intl Grwth Fd. | A | Dividend | J | T | | | | | |
| 116. Ivy Sci NC Tech Fd. | A | Dividend | J | T | | | | | |
| 117. TRUST #1 | | | | | | | | | |
| 118. ML Bank Deposit Program | A | Interest | L | T | | | | | |
| 119. SP500 Stepup Issuer BAC | A | Interest | K | T | Buy | 10/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Global CLIRN Issuer BAC | A | Interest | K | T | Buy | 07/29/11 | K | | |
| 121.  MUTUAL FUNDS | | | | | | | | | |
| 122.  Columbia Acorn Fd. | A | Dividend | J | T | | | | | |
| 123.  Eaton Vance Large Cap | A | Dividend | | | Sold | 11/21/11 | K | A | |
| 124.  First Eagle Global Fd. | A | Dividend | | | Sold | 11/21/11 | K | A | |
| 125.  Ivy Asset Strategy | A | Dividend | | | Sold | 11/21/11 | J | A | |
| 126.  Janus Forty Fd | A | Dividend | K | T | | | | | |
| 127.  John Hancock Strategic Incm. | A | Dividend | K | T | | | | | |
| 128.  Lord Abbett National T/F | B | Dividend | K | T | | | | | |
| 129.  Nuveen High Yield Muni Bd. Fd. | B | Dividend | K | T | | | | | |
| 130.  Nuveen Trdwinds Value Fd. | A | Dividend | | | Sold | 11/21/11 | J | A | |
| 131.  Oppenheimer Developing Mkts. Fd. | A | Dividend | J | T | | | | | |
| 132.  Pimco Global Multi Asset Fd. | A | Dividend | J | T | | | | | |
| 133.  Templeton Global Bond Fd. | A | Dividend | K | T | | | | | |
| 134.  Eksport ARN Gold Spot | A | Dividend | J | T | | | | | |
| 135.  SEK ARN RICIGLER | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. DANIEL BREEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544